**\*E-FILED 07-16-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>SEONG H. KANG and INHWA L. KANG (aka INHAVA L. KANG),<br><br>    Defendants._____/ | No. C10-02434 HRL<br><br>**ORDER GRANTING JOINT REQUEST TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT**<br><br>**[Re:  Docket No. 4]** |

The parties' stipulated request for an order continuing the time for defendants' response to the complaint is GRANTED.  The deadline for defendants' response to the complaint is extended to August 5, 2010.

The initial case management conference set for August 17, 2010 is **continued to September 7, 2010, 1:30 p.m.**  All deadlines set in the Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3) are adjusted accordingly.  No later than **August 31, 2010**, all parties shall file either a consent or declination to proceed before a United States Magistrate Judge.  The forms are available at the Clerk's Office and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   July 16, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-02434-HRL Notice has been electronically mailed to:

Eric James Adams     eric.adams@sba.gov

Kathryn S. Diemer     kdiemer@diemerwhitman.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.