*E-FILED 09-03-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. C10-02434 HRL |
|---|---|
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SEONG H. KANG and INHWA L. KANG (aka INHAVA L. KANG), | |
| Defendants. | |

Having reviewed the parties' Joint Case Management Statement, and based upon their representations that settlement of this action is likely, the initial case management conference is **continued to November 9, 2010, 1:30 p.m.** Assuming the matter does not settle, a further joint case management statement shall be filed no later than **November 2, 2010**.

SO ORDERED.

Dated: September 3, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:10-cv-02434-HRL Notice has been electronically mailed to:

2  Eric James Adams    eric.adams@sba.gov

3  Kathryn S. Diemer    kdiemer@diemerwhitman.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28