*E-FILED 11-03-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C10-02434 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SEONG H. KANG and INHWA L. KANG (aka INHAVA L. KANG), | |
| Defendants. | |

Having reviewed the parties' Joint Case Management Statement, and based upon their representations that settlement of this action is imminent, the initial case management conference is **continued to January 11, 2011, 1:30 p.m.**  The parties shall file an updated joint case management statement by **January 4, 2011**.  Assuming the matter does not settle by December 31, 2010 (as anticipated), the parties are advised that the court is disinclined to continue the case management conference any further unless they can show good cause why more time reasonably is needed to finalize the settlement.

SO ORDERED.

Dated:   November 3, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-02434-HRL Notice has been electronically mailed to:

Eric James Adams    eric.adams@sba.gov

Kathryn S. Diemer    kdiemer@diemerwhitman.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.