*E-FILED 01-07-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SEONG H. KANG and INHWA L. KANG (aka INHAVA L. KANG),<br><br>  Defendants. | No. C10-02434 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The parties advise that they have reached a settlement and that they are awaiting the Department of Justice's required approval of that settlement. Accordingly, all scheduled appearances are vacated.

**On or before February 22, 2011**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **March 8, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than March 1, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is

1  filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties
2  need not file a joint statement in response to this Order.
3      SO ORDERED.
4  Dated:    January 7, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1   5:10-cv-02434-HRL Notice has been electronically mailed to:

2   Eric James Adams     eric.adams@sba.gov

3   Kathryn S. Diemer    kdiemer@diemerwhitman.com

4   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.