**\*E-FILED 03-03-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>   v.<br><br>SEONG H. KANG and INHWA L. KANG (aka INHAVA L. KANG),<br><br>   Defendants. | No. C10-02434 HRL<br><br>**ORDER RE-SETTING SHOW CAUSE DEADLINES AND CONTINUING SHOW CAUSE HEARING** |

Based upon the parties' March 1, 2011 joint statement, the deadlines set in the court's January 7, 2011 order to show cause are re-set as follows:

**On or before April 8, 2011**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **April 19, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file an updated joint statement **no later than April 12, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Show

1  Cause hearing will be automatically vacated and the parties need not file a joint statement.
2      SO ORDERED.
3  Dated:    March 3, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:10-cv-02434-HRL Notice has been electronically mailed to:

2  Eric James Adams    eric.adams@sba.gov

3  Kathryn S. Diemer    kdiemer@diemerwhitman.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.